[No. 33484-4-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KEVIN PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02023-1, Frederick W. Fleming, J., entered June 9, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 33705-3-II.   Division Two.   February 7, 2007.]

SARA D. SPAIN, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02246-8, Paula Casey, J., entered August 5, 2005. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34043-7-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY A. STRICKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00512-5, David E. Foscue, J., entered October 31, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.

[Nos. 34080-1-II; 34142-5-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T.C., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. C.E.M., *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 05-8-00892-5, Barbara D. Johnson, J., entered November 15, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.